**Electronically Filed
Supreme Court
SCWC-15-0000960
27-NOV-2019
02:07 PM**

SCWC-15-0000960

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE MATTER OF
THE ELAINE EMMA SHORT REVOCABLE LIVING TRUST AGREEMENT
DATED JULY 17, 1984, as amended

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-000960; T. No. 15-1-0165)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Respondents-Appellants/Cross-Appellees'
Application for Writ of Certiorari, filed on September 30, 2019,
is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be
held in this case. Any party may, within ten days and pursuant
to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move
for retention of oral argument.

DATED: Honolulu, Hawai'i, November 27, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

